UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                                       Plaintiff,

                       -against-

A1559749699-1, ET AL.,

                                                   Defendants.

20-cv-4679 (MKV)

-------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                                     Plaintiff,

                       -against-

1TREE OUTDOOR STORE, ET AL.,

                                                   Defendants.

20-cv-4680 (MKV)

-------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                                     Plaintiff,

                       -against-

ANTIKER, ET AL.,

                                                   Defendants.

20-cv-4681 (MKV)

-------------------------------------------------------------

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br>　　　　　　　　　　　　Plaintiff, <br><br>　　　　-against- <br><br>ABCHOUSE, ET AL., <br><br>　　　　　　　　　　　　Defendants. | 20-cv-4682 (MKV) |
| IDEAVILLAGE PRODUCTS CORP., <br><br>　　　　　　　　　　　　Plaintiff, <br><br>　　　　-against- <br><br>BERNARD.HK, ET AL., <br><br>　　　　　　　　　　　　Defendants. | 20-cv-4683 (MKV) <br><br>**ORDER TO UNSEAL** |

The Court orders that the above-referenced actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  21  day of  July , 2020, at  4:00  p.m.
New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE