Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Ideavillage Products Corp.*

20 CV 4680

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br> Plaintiff <br><br> v. <br><br> 1TREE OUTDOOR STORE, AIELBRO OFFICIAL STORE, ALI LIGHTING STORE, AMORRAL STORE, ANFU-TECH STORE, ANN CHEN STORE, BANGBANGBANG STORE, BD 4SPORT STORE, BEIJING JINSHI TONGMING GLASSES CO., LTD., BESTSELLINGMALL STORE, BHLL STORE, CHANGSHA OX ARTS & CRAFTS CO., LTD., CHINA DROP SHIPPING STORE, CLOTHES ACCESSORIES DROPSHIP STORE STORE, DAILY SHOW STORE, DAZHAO-HOUSEHOLD STORE, D-BANDS STORE, DEDE EYEWEAR STORE, DESOLDELOS IBUY STORE, DOMYHOME STORE, DONGGUAN ECOCORE ELECTRONIC TECHNOLOGY CO., LTD., DOUNIU STORE, ELBRU STORE, GOLDEN DROPSHIPPING STORE, GO-SPORTING STORE, GUANGZHOU RAY-E GIFTS CO., LTD., GUANGZHOU USOM GLASSES CO., LTD., HANGZHOU SNOWWOLF CYCLE CO., LTD., HEFEI TWINKLE TRADE CO., LTD., HENAN HANKE SHENGSHI IMPORT AND EXPORT TRADE CO., LTD., HI-LUMIX FACTORY STORE, HOBBYLANCE APPAREL STORE, IFASHION & UFASHION, JANE@ STORE, JAXY OPTICAL INSTRUMENT | CIVIL ACTION No. _____ <br><br> [PROPOSED] <br> ORDER TEMPORARILY SEALING FILE <br><br> FILED UNDER SEAL |

CO., LTD., JESSIC STORE, JIANDE WUDI GLASSES BUSINESS, JINHUA QOOMOON TRADING CO., LTD., KAVAINK STORE, KEYTHEMELIFE ONLINE STORE, LINHAI KAILUN GLASSES FACTORY, LIUCONG STORE, LOVE MYHOME, LT OUTDOOR SUPPLIERS STORE, MARVELLOUS LIFE STORE, MRY OUTDOOR STORE, NANDA STORE, NINGBO HOLLY IMP. & EXP. CO., LTD., NINGBO LGO COMMODITY CO., LTD., NINGBO LUYA IMPORT & EXPORT CO., LTD., NINGBO UNITED HOUSEWARE CO., LTD., NINGBO YINZHOU KITCHEN STAR DAILY NECESSITIES CO., LTD., NO GAME NO LIFE STORE, OCULOSOAK SWIMSUIT STORE, OUTDOOR VISUAL WORLD STORE, OUTDOOR WHOLESALER DROPSHIPPING STORE STORE, PINGYANG SONGEN CRAFT FACTORY, RALFERTY DROP-SHIPPING STORE, RENEKTON STORE, SH ELECTRONICO STORE, SH WESTERN STORE, SHANGHAI JHEYEWEAR CO., LTD., SHENZHEN ELITIME TECHNOLOGY CO., LTD., SHENZHEN FUNADD TECHNOLOGY LIMITED, SHENZHEN GALAWIN TECHNOLOGY CO., LTD., SHENZHEN GULING TECHNOLOGY CO., LTD., SHENZHEN HONGLIXIN TECHNOLOGY ELECTRON LIMITED, SHENZHEN HUAZHONG SUN MAY TECHNOLOGY CO., LTD., SHENZHEN MU QING TECHNOLOGY CO., LTD., SHENZHEN OMENA TECHNOLOGY CO., LTD., SHENZHEN RUIFUER ELECTRONIC CO., LTD., SHENZHEN SEASUN GLASSES CO., LTD., SHENZHEN TENORANGE TRADING LTD., SHENZHEN TWOSUCCESS ELECTRONIC CO., LTD., SHENZHEN TWOSUCCESS ELECTRONIC CO., LTD. (PLUS), SHENZHEN WETRUST ELECTRIC CO., LTD., SHOP1904503 STORE, SHOP1946783 STORE, SHOP5001104 STORE, SHOP5004165 STORE, SHOP5261159 STORE, SHOP5362168 STORE, SHOP5438022 STORE, SHOP5578181 STORE, SHOP5581080 STORE, SHOP5594046 STORE, SHOP5601040 STORE, SHOWA GLASSES STORE, SNOW2020 STORE, SUMMER BAY STORE, SUPEROUTDOOR STORE, TAIZHOU HONGWEI GLASSES CO., LTD., TAIZHOU HUIJING EYEWEAR CO., LTD., TAIZHOU PURPLE STAR GIFTS CO.,

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Jessica Arnaiz, LoriAnn Lombardo and Danielle S. Yamali and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 17th day of June, 2020, at 1:40 p.m.

_____
UNITED STATES DISTRICT JUDGE

**JUDGE RAMOS**